UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RANI KHOURY,

    Petitioner,

v.                               CASE NO. 6:05-cv-1017-Orl-31DAB
                                   (6:04-cr-024-Orl-31DAB)

UNITED STATES OF AMERICA,

    Respondent.
_____

## **ORDER**

This case is before the Court on Petitioner's Motion for Voluntary Dismissal of the 28 U.S.C. § 2255 (Doc. No. 19, filed May 15, 2006). The Court notes that H. Kyle Fletcher was recently appointed to represent Petitioner in these proceedings and it does not appear that Mr. Fletcher has been provided a copy of the motion. *Therefore, Mr. Fletcher's attention is directed to Petitioner's motion, as now filed in the electronic docket.*

Counsel for Petitioner shall have through May 25, 2006, to file a notice indicating whether or not Petitioner wishes to voluntarily dismiss this proceeding. The Government shall then have through May 30, 2006, to file its response.

**DONE AND ORDERED** at Orlando, Florida, this 16th day of May, 2006.

                                              *David A. Baker*
                                              DAVID A. BAKER
                                              UNITED STATES MAGISTRATE JUDGE

Copies to:
sa 5/30
Counsel of Record
Rani Khoury
Courtroom Deputy