UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RANI KHOURY,

    Petitioner,

v.                                          CASE NO. 6:05-cv-1017-Orl-31DAB
                                                  (6:04-cr-024-Orl-31DAB)

UNITED STATES OF AMERICA,

    Respondent.

**ORDER**

This case came on for hearing on the following matters:

1.      Petitioner's Motion for Voluntary Dismissal of the 28 U.S.C. § 2255 (Doc. No. 19)

is **GRANTED**, and this case is **DISMISSED**.

2.      Petitioner's Motion for Reconsideration (Doc. No. 17) is **DENIED** as moot.

3.      The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this 13th day of June, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
sa 6/13
Rani Khoury
Counsel of Record